UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60079-CR-HUCK

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GARY BLACKLEDGE, GREG
BLACKLEDGE ANDRESEARCH
LABORTORY SUPPLY, INC.
    Defendants.
_____/

## ORDER MODIFYING SUPERVISED RELEASECONDITIONS

THIS MATTER came before this Court on the Defendant's Motion to Modify Supervised Release Conditions motion filed on November 24, 2014, D. E. [70]. After careful review of the Defendant's Motion, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. The Court modifies the Conditions of Supervised Release as follows: Gary and Greg Blackledge are permitted to travel freely within the United States after notifying their Probation Officer of the details of the travel; Gary Blackledge is permitted to possess a shotgun and rifle on his farm property in Mississippi only, and that the fine shall be paid in 5 monthly payments.

DONE AND ORDERED in Chambers, Miami, Florida, this 26 day of November, 2014.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE